UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RHONDA D. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-00059-TAB-RLY |
| ) | |
| CAROLYN W. COLVIN Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

The Court, having found in favor of Defendant Carolyn W. Colvin against Plaintiff Rhonda D. Miller, enters judgment in favor of the Defendant and against Plaintiff. Accordingly, the Plaintiff shall take nothing by way of her complaint. The decision of the Commissioner is affirmed.

Dated: 2/18/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By:  Deputy Clerk

Distribution:

All ECF-registered counsel of record via email